**Dismissed and Memorandum Opinion filed February 8, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00732-CV

---

### GLOBAL ENERGY ENTERPRISES INC., Appellant

### V.

### WELLS FARGO BANK, N.A., Appellee

---

### On Appeal from the 125th District Court
### Harris County, Texas
### Trial Court Cause No. 2021-18748

---

### MEMORANDUM OPINION

This is an attempted appeal from a judgment signed January 31, 2022. On February 10, 2022, appellant filed a post-judgment motion to vacate, set aside, cancel the judgment, and reopen the case. Appellant's notice of appeal was filed October 04, 2023. The notice of appeal must be filed within 90 days after the judgment is signed if any party timely files post-judgment motion. *See* Tex. R. App. P. 26.1.

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On December 6, 2023, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of subject-matter jurisdiction. *See* Tex. R. App. P. 42.3(a). On December 27, 2023, appellant's chief executive officer responded to the dismissal letter. However, the response is not sufficient to establish how this court has jurisdiction[1].

Accordingly, we dismiss the appeal for want of subject-matter jurisdiction.

PER CURIAM

Panel consists of Justice Bourliot, Zimmerer, and Spain.

---

[1] In addition, the response was not filed by a lawyer. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA.,* 937 S.W.2d 455, 456 (Tex. 1996) ("Generally a corporation may be represented only by a licensed attorney.").